■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE BENITEZ, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Alfano, J.), rendered May 12, 1983, convicting him of criminal sale of a controlled substance in the fourth degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

The record reveals that defendant was adequately represented by counsel (*Strickland v Washington,* 466 US __, 104 S Ct 2052; *People v Baldi,* 54 NY2d 137). Defendant's other contentions are either unpreserved for appellate review or without merit. Titone, J. P., Mangano, Weinstein and Brown, JJ., concur.